FILED

AUG 8 – 2018

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:18-CR- 123 |
| | § | |
| SERGIO CAMPOS | § | Mazzant |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation:   18 U.S.C. § 1546(a)
> (Possession of false immigration
> document)

That from in or about September 28, 2015, to on or about August 7, 2018, in the

Eastern District of Texas, **Sergio Campos**, defendant, did knowingly possess and use a

Permanent Resident Card, bearing the name **Sergio Campos** and a Permanent Resident

Alien number A *****4268, belonging to another, knowing that the document was

falsely made.

All in violation of 18 U.S.C. § 1546(a).

### Count Two

> Violation: 42 U.S.C. § 408(a)(7)(B) (Use
> of Unauthorized Social Security
> Number)

That from in or about September 28, 2015, to on or about August 7, 2018, in the

1

Eastern District of Texas, **Sergio Campos**, defendant, did knowingly for the purpose of obtaining a benefit to which he is not entitled or some other purpose and with intent to deceive, falsely represent that a Social Security Account Number, \*\*\*-\*\*-0540, had been assigned by the Commissioner of Social Security to him, knowing full well that he was not assigned that number.

All in violation of 42 U.S.C. § 408(a)(7)(B).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. §982(a)(6), all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREMAN

JOSEPH D. BROWN
UNITED STATES ATTORNEY

Date: ___8-8-18___

KEVIN McCLENDON
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:18-CR- |
| | § | |
| SERGIO CAMPOS | § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 1546(a)

Penalty:   Imprisonment of not more than ten (10) years, a fine not to exceed $250,000.00, or both; a term of supervised release not to exceed three (3) years.

Special Assessment:   $100.00

### Count Two

Violation:   42 U.S.C. §408(a)(7)(B)

Penalty:   Imprisonment of not more than five (5) years, a fine not to exceed $250,000.00, or both; a term of supervised release not to exceed three (3) years.

Special Assessment:   $100.00